UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>Jeffrey and Jessica Wells;<br><br>Debtors. | Chapter 13<br>Bankruptcy No. 18-02704<br><br><br>VOLUNTARY DISMISSAL OF<br>CHAPTER 13 BANKRUPTCY |

COMES NOW the Debtors, Jeffrey and Jessica Wells, and hereby dismiss, with prejudice, the Chapter 13 Petition filed in the above-captioned matter for good cause.

WHEREFORE the Debtors, Jeffrey and Jessica Wells, pray this Court dismiss, with prejudice, the Chapter 13 Petition on file in the above-captioned matter.

MARKS LAW FIRM, P.C.


/s/ Samuel Z. Marks__
Samuel Z. Marks IS9998821
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX (515) 276-6280
ATTORNEY FOR DEBTORS

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Jeffrey J Wells**
       **Jessica R Wells**                             Case No.    **18-02704**

                                Debtor(s)         Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>**January 16, 2020**</u>, a copy of <u>**Notice of Dismissal of Chapter 13**</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Ally Financial**
**Capital One**
**Capital One, NA**
**Discover Financial**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**FedLoan Servicing**
**Internal Revenue Service**
**Midland Funding**
**Midland Funding**
**Nebraska Furniture Mart**
**Pacific Union Financial**
**Receivables Performance Mgmt**
**Regional Acceptance Corp**
**Stellar Recovery Inc**
**Veridian Credit Union**
**Women's Health Services**

/s/ Samuel Z. Marks
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211Fax:(515) 276-6280**
**Office@markslawdm.com**